IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAWSON REAMS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 19-1836 |
| | : | |
| SUPT. SCI-RETREAT, et al. | : | |

## ORDER

AND NOW, this 10th day of November, 2020, upon careful and independent consideration of pro se Petitioner Dawson Reams's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, and after de novo review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, to which no objections have been filed,[1] it is ORDERED:

1. The Report and Recommendation (Document 21) is APPROVED and ADOPTED;

2. Reams's Petition for Writ of Habeas Corpus (Document 1) is DENIED with prejudice and DISMISSED without an evidentiary hearing; and

3. A certificate of appealability shall not issue because Reams has failed to make a substantial showing of the denial of a constitutional right, i.e. that reasonable jurists would disagree with this Court's substantive and procedural rulings on his claims. *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 483-84 (2000).

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

---

[1] The Report and Recommendation was sent to Respondents on July 31, 2020, and mailed to Petitioner Dawson Reams on September 3, 2020. The Report and Recommendation was sent together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within 14 days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B) . . . within fourteen (14) days after being served with a copy thereof."). To date, no objections have been received by the Court.